

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-17-00392-CR

Kenneth **MCGRAW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4930
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court